## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ROBIN HOOSE, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil No. CV-16-81-GZS |
| v. ) | |
| ) | |
| UNIVERSITY OF MAINE SYSTEM, ) | |
| ) | |
| Defendant. ) | |
| ) | |
| ) | |

## STIPULATION OF DISMISSAL

The parties stipulate and agree, through their undersigned attorneys, that pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, all claims in the above-captioned matter are dismissed with prejudice and without costs.

DATED at Portland, Maine this 15th November, 2016.

/s/ Glenn Israel
Glenn Israel
*Attorney for Defendant University of Maine System*

BERNSTEIN SHUR
100 Middle Street
PO Box 9729
Portland, ME 04101
207-774-1200
gisrael@bernsteinshur.com

/s/ Stacey D. Neumann
Stacey D. Neumann, Esq.
Richard L. O'Mera, Esq.
*Attorneys for Plaintiff Robin Hoose*

MURRAY PLUMB & MURRAY
765 Pearl Street
PO Box 9785
Portland, ME 04104
207-773-5651
sdn@mpmlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of November, 2016, I electronically filed the above document with the Clerk of the Court using the CM/ECF system which will send notification of such filings(s) to the following:

>Stacey D. Neumann, Esq.
>Murray Plumb & Murray
>75 Pearl Street
>PO Box 9785
>Portland, ME  04104

DATED at Portland, Maine this 15th day of November, 2016.

>/s/ Glenn Israel
>Glenn Israel
>*Attorney for Defendant University of Maine System*
>
>BERNSTEIN SHUR
>100 Middle Street
>PO Box 9729
>Portland, ME 04101
>207-774-1200
>gisrael@bernsteinshur.com